UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| I DIG BEST, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:17-cv-03105-TWP-DML |
| HARDPARTS DESIGN, LLC, | ) ) ) |
| Defendant. | ) |

## Report and Recommendation of Dismissal

On December 13, 2017, the court ordered the plaintiff to show cause, in writing, by December 27, 2017, why its complaint should not be dismissed without prejudice because of its failure to serve the defendant within 90 days of the complaint's filing, as provided in Fed. R. Civ. P. 4(m) (Dkt. 7). To date, no response has been filed. The magistrate judge therefore recommends that this case be dismissed without prejudice.

Any objections to this Report and Recommendation must be filed in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). The failure to file objections within fourteen days after service will constitute a waiver of subsequent review absent a showing of good cause for that failure. Counsel should not anticipate any extension of this deadline or any other related briefing deadlines.

IT IS SO RECOMMENDED.

Date: 1/5/2018

_Debra McVicker Lynch_
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system