UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| I DIG BEST, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-03105-TWP-DML |
| | ) | |
| HARDPARTS DESIGN, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF DISMISSAL

On January 5, 2018, the Magistrate Judge submitted and filed her Report and Recommendation to dismiss the plaintiff's complaint without prejudice (Dkt. 8). The parties were afforded the opportunity according to statute and the Federal Rules of Civil Procedure to file objections to that Report and Recommendation. No party has filed an objection. The Court, having considered the Magistrate Judge's Report and Recommendation (Dkt. 8) and being duly advised, now APPROVES and ADOPTS it.

IT IS SO ORDERED.

Dated: 1/23/2018

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system